B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Southern District of Indiana | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Rosenburg Lodging Associates, LLP** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**26-1577299** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**5701 Progress Road**<br>**Indianapolis, IN**<br>ZIP Code **46241** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Marion** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above):<br>**SpringHill Suites**<br>**6815 Reading Rd.**<br>**Rosenberg, TX 77471** | |

| Type of Debtor<br>(Form of Organization) (Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7     ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9        of a Foreign Main Proceeding<br>■ Chapter 11<br>☐ Chapter 12    ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13       of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity<br>(Check box, if applicable) | Nature of Debts<br>(Check one box) |
|---|---|---|
| Country of debtor's center of main interests:<br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | ☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | ☐ Debts are primarily consumer debts,  ■ Debts are primarily<br>defined in 11 U.S.C. § 101(8) as      business debts.<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter)*.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**        THIS SPACE IS FOR COURT USE ONLY

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| B1 (Official Form 1)(04/13) | Page 2 |
|---|---|

| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | **Rosenburg Lodging Associates, LLP** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **See Attachment** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): **Rosenburg Lodging Associates, LLP** |
|---|---|
| *(This page must be completed and filed in every case)* | |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X  **/s/ David M. Neff**
Signature of Attorney for Debtor(s)

**David M. Neff ARDC #06190202**
Printed Name of Attorney for Debtor(s)

**Perkins Coie LLP - Chicago**
Firm Name

**131 S Dearborn Street**
**Suite 1700**
**Chicago, IL 60603-5559**

Address

**312-324-8400  Fax: 312-324-9400**
Telephone Number

**October 24, 2013**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Bharat Patel**
Signature of Authorized Individual

**Bharat Patel**
Printed Name of Authorized Individual

**General Partner**
Title of Authorized Individual

**October 24, 2013**
Date

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

In re   **Rosenburg Lodging Associates, LLP**_____,   Case No. _____
                                                 Debtor

# FORM 1. VOLUNTARY PETITION
## Pending Bankruptcy Cases Filed Attachment

| Name of Debtor / District | Case No. / Relationship | Date Filed / Judge |
|---|---|---|
| **Conroe Lodging Associates, LLP**<br>**SDIN** | **13-11705-RLM-11**<br>**Affiliate** | **11/04/13**<br>**Hon. Robyn L. Moberly** |
| **Mt. Laurel Lodging Associates, LLP**<br>**SDIN** | **13-11697-RLM-11**<br>**Affiliate** | **11/04/13**<br>**Hon. Robyn L. Moberly** |
| **Ontario Lodging Associates, LLC**<br>**SDIN** | **Affiliate** | **11/04/13** |
| **Riverside Lodging Associates, LLC**<br>**SDIN** | **Affiliate** | **11/04/13** |
| **Tampa Palms Lodging Associates, LLP**<br>**SDIN** | **Affiliate** | **11/04/13** |
| **Titusville Lodging Associates, LLP**<br>**SDIN** | **Affiliate** | **11/04/13** |

B4 (Official Form 4) (12/07)

## United States Bankruptcy Court
### Southern District of Indiana

In re  **Rosenburg Lodging Associates, LLP**             Case No.
                                    Debtor(s)            Chapter  **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| PBS Land Acquisitions, LLC<br>Attn D. Patel or S. Bhimji<br>2855 Springhill Pkway, Ste 106<br>Smyrna, GA 30080 | PBS Land Acquisitions, LLC<br>Attn D. Patel or S. Bhimji<br>2855 Springhill Pkway, Ste 106<br>Smyrna, GA 30080 | Loan | | 8,930,000.00 |
| Access Point Financial, Inc.<br>Attn Denise Arnold, Sr VP<br>1 Ravinia Dr, Ste 900<br>Atlanta, GA 30346 | Access Point Financial, Inc.<br>Attn Denise Arnold, Sr VP<br>1 Ravinia Dr, Ste 900<br>Atlanta, GA 30346 | Loan | | 3,600,000.00 |
| Sysco<br>10710 Greens Crossing Blvd.<br>Houston, TX 77038 | Sysco<br>10710 Greens Crossing Blvd.<br>Houston, TX 77038 | | | 5,864.57 |
| Harding & Carbone<br>3903 Bellaire Boulevard<br>Houston, TX 77025 | Harding & Carbone<br>3903 Bellaire Boulevard<br>Houston, TX 77025 | | | 4,073.93 |
| World Cinema<br>9801 Westheimer<br>Suite 409<br>Houston, TX 77042-3953 | World Cinema<br>9801 Westheimer<br>Suite 409<br>Houston, TX 77042-3953 | | | 3,954.50 |
| Katz, Sapper & Miller<br>PO Box 7096 Dept 235<br>Indianapolis, IN 46206 | Katz, Sapper & Miller<br>PO Box 7096 Dept 235<br>Indianapolis, IN 46206 | | | 3,275.00 |
| Guest Supply<br>PO Box 910<br>Monmouth Junction, NJ 08852-0910 | Guest Supply<br>PO Box 910<br>Monmouth Junction, NJ 08852-0910 | | | 2,942.32 |
| Kone Inc<br>PO Box 429<br>Moline, IL 61266-0429 | Kone Inc<br>PO Box 429<br>Moline, IL 61266-0429 | | | 1,997.12 |
| Avendra Replenishment LLC<br>PO Box 8500-53598<br>Philadelphia, PA 19178-3598 | Avendra Replenishment LLC<br>PO Box 8500-53598<br>Philadelphia, PA 19178-3598 | | | 1,894.12 |
| Ecolab<br>PO Box 70343<br>Chicago, IL 60673-0343 | Ecolab<br>PO Box 70343<br>Chicago, IL 60673-0343 | | | 1,829.59 |

B4 (Official Form 4) (12/07) - Cont.

In re **Rosenburg Lodging Associates, LLP**   Case No. _____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Lonestar Logos & Signs LLC**<br>611 South Congress Ave.<br>Suite 300<br>Austin, TX 78704 | Lonestar Logos & Signs LLC<br>611 South Congress Ave.<br>Suite 300<br>Austin, TX 78704 | | | 1,650.00 |
| **TW Telecom**<br>10475 Park Meadows Drive<br>Littleton, CO 80124 | TW Telecom<br>10475 Park Meadows Drive<br>Littleton, CO 80124 | | | 1,409.56 |
| **HD Supply**<br>PO Box 509058<br>San Diego, CA 92150-9058 | HD Supply<br>PO Box 509058<br>San Diego, CA 92150-9058 | | | 1,297.62 |
| **Ecolab Pest**<br>Corporate Headquarters<br>370 N. Wabasha<br>St. Paul, MN 55102 | Ecolab Pest<br>Corporate Headquarters<br>370 N. Wabasha<br>St. Paul, MN 55102 | | | 1,081.62 |
| **Granite Telecommunication**<br>PO Box 983119<br>Boston, MA 02298-3119 | Granite Telecommunication<br>PO Box 983119<br>Boston, MA 02298-3119 | | | 890.73 |
| **Wilson Fire Equipment**<br>7303 Empire Central Drive<br>Houston, TX 77040 | Wilson Fire Equipment<br>7303 Empire Central Drive<br>Houston, TX 77040 | | | 845.00 |
| **Encore Group**<br>25151 Fulshear Gaston Rd.<br>Richmond, TX 77406 | Encore Group<br>25151 Fulshear Gaston Rd.<br>Richmond, TX 77406 | | | 832.00 |
| **Quill**<br>PO Box 37600<br>Philadelphia, PA 19101 | Quill<br>PO Box 37600<br>Philadelphia, PA 19101 | | | 807.15 |
| **Insight Direct USA**<br>PO Box 731069<br>Dallas, TX 75373-1069 | Insight Direct USA<br>PO Box 731069<br>Dallas, TX 75373-1069 | | | 748.54 |
| **Royal Cup**<br>PO Box 170971<br>Birmingham, AL 35217 | Royal Cup<br>PO Box 170971<br>Birmingham, AL 35217 | | | 628.94 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the General Partner of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **October 24, 2013**    Signature   **/s/ Bharat Patel**
                                         **Bharat Patel**
                                         **General Partner**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| In re: | ) | Chapter 11 |
|---|---|---|
| | ) | Case No. |
| Rosenburg Lodging Associates, LLP, | ) | |
| | ) | |
| Debtor. | ) | |

**LIST OF SECURED CREDITORS - CHAPTER 11**
(filed only if Schedule D not provided with petition)

| *Name of creditor and complete mailing address* | *Name, telephone number and complete mailing address of employee, agent, or department of creditor familiar with claim who may be contacted* | *Amount of claim/collateral* |
|---|---|---|
| Affordable Lux Homes dba ALH Bldg Sys | Attn Maurice Cossairt<br>PO Box 408<br>Markle, IN 46770 | 0.00 (disputed) |
| Ascentium Capital LLC | Attn Legal Dept or Agent<br>23970 HWY 59N<br>Kingwood, TX 77339 | 36,903.24 |
| Brazos Master Maintenance Association, I | c/o Hoover S<br>5847 San Felipe, Ste 2200<br>Houston, TX 77057 | 0.00 (disputed) |
| National Republic Bank-Chicago | Attn Edward Fitzgerald, Pres.<br>1201 W. Harrison<br>Chicago, IL 60607 | 11,555,380.00 (disputed) |
| SmithAmundsen | Attn Craig Goode<br>150 N Michigan Ave, Ste 3300<br>Chicago, IL 60601 | Notice Only |

By: */s/ David M. Neff*
David M. Neff
Brian A. Audette
David J. Gold
PERKINS COIE LLP
131 S. Dearborn Street, Suite 1700
Chicago, Illinois 60603-5559
Telephone: (312) 324-8400
Facsimile: (312) 324-9400
dneff@perkinscoie.com

*Proposed Attorneys for Debtor*

67403-0024/LEGAL28278747.1

# United States Bankruptcy Court
## Southern District of Indiana

In re  **Rosenburg Lodging Associates, LLP**
Debtor(s)

Case No.
Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Rosenburg Lodging Associates, LLP**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Sun Family, LLC
5701 Progress Road
Indianapolis, IN 46241**

☐ None [*Check if applicable*]

**October 24, 2013**
Date

**/s/ David M. Neff**
**David M. Neff**
Signature of Attorney or Litigant
Counsel for  **Rosenburg Lodging Associates, LLP**
**Perkins Coie LLP - Chicago**
**131 S Dearborn Street**
**Suite 1700**
**Chicago, IL 60603-5559**
**312-324-8400 Fax:312-324-9400**

# United States Bankruptcy Court
## Southern District of Indiana

In re   **Rosenburg Lodging Associates, LLP**                                      Case No.
                                            Debtor(s)                              Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the General Partner of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **October 24, 2013**                    **/s/ Bharat Patel**
                                                **Bharat Patel**/**General Partner**
                                                Signer/Title

.

1000 Bulbs.com
2140 Merritt Drive
Garland, TX 75041

Access Point Financial, Inc.
Attn Denise Arnold, Sr VP
1 Ravinia Dr, Ste 900
Atlanta, GA 30346

ADT Security Services
PO Box 672279
Dallas, TX 75267-2279

Affordable Lux Homes dba ALH Bldg Sys
Attn Maurice Cossairt
PO Box 408
Markle, IN 46770

AS Hospitality
3493 Lamar Ave.
Memphis, TN 38118

Ascentium Capital LLC
Attn Legal Dept or Agent
23970 HWY 59N
Kingwood, TX 77339

Avendra Replenishment LLC
PO Box 8500-53598
Philadelphia, PA 19178-3598

Barada  
130 East Second St  
Rushville, IN 46173

Brazos Master Maintenance Association, I  
c/o Hoover S  
5847 San Felipe, Ste 2200  
Houston, TX 77057

Center Point Energy  
PO Box 4981  
Houston, TX 77210-4981

Cintas Uniform  
97627 Eagle Way  
Chicago, IL 60678-7627

City of Rosenberg  
City/Lodging Tax  
PO Box 631  
Rosenberg, TX 77471

City of Rosenburg  
Water Dept.  
2110 4th Street  
Rosenberg, TX 77471

Comptroller of Public Accounts  
Franchise Tax  
PO Box 149348  
Austin, TX 78714

```
Corporation Service Company
PO Box 13397
Philadelphia, PA 19101-3397




Ecolab
PO Box 70343
Chicago, IL 60673-0343




Ecolab Pest
Corporate Headquarters
370 N. Wabasha
St. Paul, MN 55102




Encore Group
25151 Fulshear Gaston Rd.
Richmond, TX 77406




Fort Bend County MUD#167
MUD District Real Estate Tax
11500 Northwest Pkwy Ste 465
Houston, TX 77092




Grainger
Corporate Headquarters
100 Grainger Pkwy
Lake Forest, IL 60045




Granite Telecommunication
PO Box 983119
Boston, MA 02298-3119
```

Guest Supply
PO Box 910
Monmouth Junction, NJ 08852-0910

Harding & Carbone
3903 Bellaire Boulevard
Houston, TX 77025

HD Supply
PO Box 509058
San Diego, CA 92150-9058

IBAHN
2755 E Cottonwood Parkway
Suite 400
Salt Lake City, UT 84121

Insight Direct USA
PO Box 731069
Dallas, TX 75373-1069

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

Katz, Sapper & Miller
PO Box 7096 Dept 235
Indianapolis, IN 46206

```
Kone Inc
PO Box 429
Moline, IL 61266-0429




Lonestar Logos & Signs LLC
611 South Congress Ave.
Suite 300
Austin, TX 78704




Marriott International, Inc.
Attn Law Department 52/923.25
10400 Fernwood Road
Bethesda, MD 20817




MP2 Energy Texas
PO Box 202829
Dallas, TX 75320-2829




Muzak
PO Box 71070
Charlotte, NC 28272-1070




National Republic Bank-Chicago
Attn Edward Fitzgerald, Pres.
1201 W. Harrison
Chicago, IL 60607




Patsy Schultz, City Tax Collector
PO Box 1028
Sugar Land, TX 77487-1028
```

Patsy Schultz, RTA Tax Collector
Real Estate Tax
1317 Eugene Heimann Circle
Richmond, TX 77469


PBS Land Acquisitions, LLC
Attn D. Patel or S. Bhimji
2855 Springhill Pkway, Ste 106
Smyrna, GA 30080


Pepsi Bottling Group
PO Box 841828
Dallas, TX 75284-1828


Quill
PO Box 37600
Philadelphia, PA 19101


Revenue Discovery Systems
Tax Trust Acct./Salex Tax Div
PO Box 830725
Birmingham, AL 35283-0725


Royal Cup
PO Box 170971
Birmingham, AL 35217


RSC Equipment Rental
PO Box 840514
Dallas, TX 75284-0514

```
Scott Xpress
5612 Mitchelldale
Houston, TX 77092




Secretary of State
PO Box 13697
Austin, TX 78711-3697




Securities and Exchange Commission
Regional Office-Bankruptcy Notices
175 W. Jackson Blvd.
Chicago, IL 60604




SmithAmundsen
Attn Craig Goode
150 N Michigan Ave, Ste 3300
Chicago, IL 60601




Snowhite
300 South Lombard Road
Addison, IL 60101




State Comptroller
Sales Tax
PO Box 149354
Austin, TX 78714-9354




Sun Development & Management Corp.
5701 Progress Road
Indianapolis, IN 46241
```

```
Sysco
10710 Greens Crossing Blvd.
Houston, TX 77038




Texas Workforce Commissions
101 E. 15th St
Room 556-Bankruptcy
Austin, TX 78778




The Wasserstrom Company
477 S. Front Street
Columbus, OH 43215




TW Telecom
10475 Park Meadows Drive
Littleton, CO 80124




USA Today
PO Box 677446
Dallas, TX 75267-7446




Wilson Fire Equipment
7303 Empire Central Drive
Houston, TX 77040




World Cinema
9801 Westheimer
Suite 409
Houston, TX 77042-3953
```

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| ROSENBURG LODGING ASSOCIATES, ) | Case No. |
| LLP, ) | |
| ) | |
| Debtor. ) | |

### DECLARATION AS TO ORIGINAL SIGNATURES

I, Bharat Patel, authorized representative of debtor, hereby declare under penalty of perjury that all documents previously filed in this case with the incorrect electronic signatures have been signed in the original with the correct names and are true and correct to the best of my knowledge, information, and belief.

Dated: October 24, 2013

_____
Bharat Patel, authorized representative of debtor

LEGAL28187522.1